No. 02–10799. AKANA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–10802. WEEKS *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied. 

No. 02–10805. MATHIESON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–10812. PENA ROSARIO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–10813. PURCELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–10835. CLAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–10836. VAUGHAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10843. TURNER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 02–10845. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10851. OLIVER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10852. O'LESKA *v.* WHITE, SECRETARY OF THE ARMY. C. A. 11th Cir. Certiorari denied. 

No. 02–10857. SANCHEZ-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–10860. HERNANDEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.